[No. 10571-0-I. Division One. January 30, 1984.]

WASHINGTON NATURAL GAS COMPANY, *Respondent,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-2-04165-7, William C. Goodloe, J., entered June 29, 1981. *Reversed* and *remanded* by unpublished opinion per Ringold, J., concurred in by Corbett, A.C.J., and Scholfield, J.

[No. 10722-4-I. Division One. January 30, 1984.]

ROBERT HAMLIN, ET AL, *Appellants,* v. ANTHONY NACINOVICH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 79-2-02316-7, Anthony P. Wartnik, J., entered August 11, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Durham, C.J., and Swanson, J.

[No. 11193-1-I. Division One. January 30, 1984.]

KENNETH A. MONTOYA, ET AL, *Respondents,* v. CHARLES R. HAGGERTY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Island County, No. 12730, Richard L. Pitt, J., entered December 4, 1981. *Affirmed* by unpublished opinion per Soderland, J. Pro Tem., concurred in by Swanson and Ringold, JJ.